# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 28, 2023

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 23-11674-H
Case Style: Daniel Jack v. Select Portfolio Servicing, Inc., et al
District Court Docket No: 1:22-cv-01575-VMC

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-11674-H
_____

DANIEL JACK,

                                            Plaintiff - Appellant,

versus

SELECT PORTFOLIO SERVICING, INC.,
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
FOR TOWD POINT MASTER FUNDING TRUST 2020-PM2,

                                            Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Daniel Jack failed to file a Transcript Order Form in both this Court and the district court within the time fixed by the rules.

Effective June 28, 2023.

                                        DAVID J. SMITH
                Clerk of Court of the United States Court
                    of Appeals for the Eleventh Circuit

                                                            FOR THE COURT - BY DIRECTION